1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

3

4    UNITED STATES OF AMERICA,                    Case No. 22-CR-00459 TLT

5              Plaintiff,                          [PROPOSED] ORDER RELEASING
                                                   DEFENDANT'S PASSPORT
6         vs.

7    AARON HUGH BRAUN,

8              Defendant.

9

10

11          On June 30, 2023, Defendant Aaron Braun was sentenced by this Court.  For good cause

12   shown, IT IS HEREBY ORDERED that United States Pretrial Services ("PTS") shall return to

13   Defendant Braun the passport he lodged with PTS as a condition of his pretrial release.

14          IT IS SO ORDERED.

15

16

17   Dated:   July 11, 2023                        _____
                                                   HON. TRINA L. THOMPSON
18                                                 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1

Dated:  July 5, 2023

ISMAIL J. RAMSEY
United States Attorney

2

3

By:      */s/ Nicholas J. Walsh*

4

NICHOLAS J. WALSH
Assistant United States Attorney

5

6

Dated:  July 5, 2023

7

8

By:      */s/ William P. Keane*

9

WILLIAM P. KEANE
Counsel for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RELEASING
DEFENDANT'S PASSPORT -
Case No. 22-CR-00459 TLT

2